# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

HAMOUD ABDULAH HAMOUD )
    HASSAN AL WADY )
                            )
      Petitioner, )
                            )
      v. )      Civil Action No. 08-CV-01237 (RMU)(AK)
                            )
BARACK OBAMA, *et al*. )
                            )
      Respondents. )
_____ )

## ORDER

Upon consideration of Petitioner Al Wady's Renewed Motion for Direct Contact with Client [87], the Respondents' Opposition [92], Petitioner's Reply [95], Respondents' Supplemental Filing [108], and Petitioner's Response [109] it is this _1st_ day of May, 2009, hereby

ORDERED that Respondents shall promptly permit and facilitate counsel to meet with Petitioner in-person in a hearing room for the purpose of explaining their role as counsel and his rights as a *habeas* petitioner, so that the Court may ascertain whether his refusal of counsel is knowing and voluntary; and it is further

ORDERED that Petitioner Al Wady shall meet with his designated counsel in a hearing room so that he may inform the Court, via his designated counsel, that his refusal of the assistance of counsel is voluntary and knowing, and whether or not he wishes to abandon his *habeas* petition.

SO ORDERED.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE